■ In the Matter of DAVID W. PELLAND, an Attorney, Respondent. [915 NYS2d 882]—Order of suspension entered. Present—Centra, J.P., Peradotto, Lindley, Green and Martoche, JJ. (Filed Jan. 27, 2011.)

■ In the Matter of HURCLEE MAYE, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [917 NYS2d 920]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default (*see Matter of King*, 59 AD3d 1106 [2009]; *Matter of Mroczka*, 39 AD3d 1285 [2007]). Present—Peradotto, J.P., Lindley, Green and Martoche, JJ. (Filed Jan. 26, 2011.)

■ In the Matter of ROGER J. NIEMEL, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [915 NYS2d 882]—Order of suspension entered. Present—Centra, J.P., Peradotto, Lindley, Green and Martoche, JJ. (Filed Jan. 27, 2011.)

■ In the Matter of MICHAEL P. MARMOR, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [917 NYS2d 920]—A certified copy of plea minutes having been filed showing that Michael P. Marmor was convicted of grand larceny in the second degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Peradotto, J.P., Lindley, Green and Martoche, JJ. (Filed Jan. 26, 2011.)

■ In the Matter of DANIELLE LENAHAN, for Reinstatement to the Practice of Law in the State of New York. [916 NYS2d 538]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Green and Martoche, JJ. (Filed Jan. 27, 2011.)

■ In the Matter of JOHN RUSSELL WHEELER, an Attorney, Resignor. [917 NYS2d 920]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Green and Martoche, JJ. (Filed Jan. 3, 2011.)